# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2022-2715
LT Case No. 2019-306204-CFDB

_____

DIONYSIUS GIOVANNI NICOLS,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____

On appeal from the Circuit Court for Volusia County.
Dawn D. Nichols, Judge.

J. Rafael Rodriguez, of Law Offices of J. Rafael Rodriguez,
Miami, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Bonnie Jean
Parrish, Assistant Attorney General, Daytona Beach, for
Appellee.

May 7, 2024

PER CURIAM.

   AFFIRMED.

EDWARDS, C.J., and HARRIS and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____